The People of the State of New York, Respondent,
against
Fassike Wise-Boyd, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Tamiko A. Amaker, J.), rendered July 14, 2016, after a nonjury trial, convicting him of criminal trespass in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Tamiko A. Amaker, J.), rendered July 14, 2016, affirmed.
The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis upon which to disturb the trial court's determinations concerning credibility. The credited police testimony established that defendant entered a New York City subway platform unlawfully by passing through the emergency exit gate without paying the required fare and without permission (see People v Phillips, 53 Misc 3d 151[A], 2016 NY Slip Op 51693[U] [App Term, 1st Dept 2016], lv denied 28 NY3d 1149 [2017]; People v Kante, 49 Misc 3d 141[A], 2015 NY Slip Op 51612[U] [App Term, 1st Dept 2015]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: December 12, 2019